DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KRYSTAL FREEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-07-307-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| KRYSTAL FREEMAN, et al., | ) | Date:  September 24, 2007 |
| | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| | ) | |

        It is hereby stipulated and agreed to between the United States of
America through Camil Skipper, Assistant United States Attorney and
KRYSTAL FREEMAN, by and through her counsel, Rachelle Barbour,
Assistant Federal Defender, that the status conference presently
scheduled for August 20, 2007 be vacated and rescheduled for September
24, 2007 at 8:30 a.m.

        This continuance is being requested because defense counsel
requires additional time to receive and review discovery, discuss the
case with the government, and pursue investigation.  Defense counsel
recently received over a thousand pages of electronic discovery from

the prosecutor and needs time to review this with her client.  The

parties also anticipate a possible resolution of this case.

    IT IS FURTHER STIPULATED that the period from the date of this

stipulation through and including September 24, 2007, be excluded in

computing the time within which trial must commence under the Speedy

Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4

for preparation of defense counsel.

Dated: August 16, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    _____
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    KRYSTAL FREEMAN


Dated: August 16, 2007

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Rachelle Barbour for
                                    _____
                                    CAMIL SKIPPER
                                    Assistant U.S. Attorney


                        **O R D E R**

IT IS SO ORDERED.

Dated: August 17, 2007

                    _William B. Shubb_ (signature)
                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE