DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KRYSTAL FREEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-307-WBS |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) |
| KRYSTAL FREEMAN, et al., | ) Date: October 9, 2007<br>) Time: 8:30 a.m.<br>) Judge: Hon. William B. Shubb |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through Camil Skipper, Assistant United States Attorney and KRYSTAL FREEMAN, by and through her counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for September 24, 2007 be vacated and rescheduled for October 9, 2007 at 8:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation. Defense counsel recently received over a thousand pages of electronic discovery from the

1  prosecutor and needs time to review this with her client.  The parties
2  also anticipate a possible resolution of this case.
3       IT IS FURTHER STIPULATED that the period from the date of this
4  stipulation through and including October 9, 2007, be excluded in
5  computing the time within which trial must commence under the Speedy
6  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
7  for preparation of defense counsel.
8  Dated: September 21, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
KRYSTAL FREEMAN

Dated: September 21, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Rachelle Barbour for
_____
CAMIL SKIPPER
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   September 24, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE